1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Edwin Wagner
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C05-5421 (CRB) <br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| EDWIN WAGNER, <br><br> Plaintiff, <br><br> vs. <br><br> G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation, <br><br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **EDWIN WAGNER** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2  fees and costs.

DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
    MARK P. ROBINSON, JR.
    Attorneys for Plaintiff Mark Wagner

DATED: __Oct. 22__, 2009        DLA PIPER LLP (US)

By: __/s/__
    Matt Holian
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **OCT 2 8 2009**

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1